

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3d Floor
New York, New York 10007

March 24, 2008

**BY HAND**
The Honorable Debra C. Freeman
United States Magistrate Judge
Daniel Patrick Moynihan United
    States Courthouse
500 Pearl Street, Room 525
New York, NY 10007

**MEMO ENDORSED**

   Re: *Jackson v. Executive Office for United States Attorneys*,
     No. 07 Civ. 6591 (RJH)(DCF)

Dear Judge Freeman:

  I write respectfully to request a 10-day extension of the time for the Government to answer or move with respect to the above-referenced action brought by *pro se* plaintiff Sharon Jackson, such that the Government's motion or answer would be due on or before April 3, 2008.[1] This is the Government's second request for an extension of time in this matter. The Court granted the Government's initial request for an extension of time by memo endorsement dated January 25, 2008. We make this request because we intend to file a motion to dismiss the complaint based on, *inter alia*, plaintiff's failure to exhaust her administrative remedies, but have not yet received the requisite agency declarations. We have not sought plaintiff's consent to this request as she is incarcerated and unrepresented by counsel.

SO ORDERED: DATE: 3/25/08

_____
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant's answer or motion is currently due to be filed by March 24, 2008.

Thank you for your consideration of this request.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney
        for the Southern District of New York

By: _____
     ANDREW M. McNEELA
     Assistant United States Attorney
     Telephone: (212) 637-2741

cc:   *BY EXPRESS MAIL*
     Sharon Jackson
     *Pro se* plaintiff
     #83268-054
     Federal Prison Camp
     Glen Ray Road, Box A
     Alderson, West Virginia 24910