UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08
```

SHARON JACKSON,

                Plaintiffs,

-against-

EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,

                Defendant,

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 06591 (RJH) (DCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_\_ *Specific Non-Dispositive Motion/Dispute:

_____

*If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:*

_____

\_\_\_\_ *Settlement

\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_\_\_ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction). Purpose:

_____

\_\_\_\_ Habeas Corpus

\_\_\_\_ Social Security

\_X\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation):

_____

\_X\_ All such motions

* Do not check if already referred for general pretrial.

SO ORDERED.

Dated: New York, New York
       April 1, 2008

_____
Richard J. Holwell
United States District Judge