BY CERTIFIED MAIL
The Honorable Debra C. Freeman
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 525
New York, NY 10007

**MEMO ENDORSED**

Re: Jackson, et al v. Executive Office for United States Attorneys, et al
    No, 07 Civ. 6591 (KJH)(DCF)

Date: May 19, 2008

Dear Judge Freeman,

Plaintiff hereby request an additional 31 days in which to file her reply. I am unable to comply with the time requirement that I originally requested due to the fact that: (1) some agencies and individuals are hesitant and not as forthcoming with me in my search for records as I am acting prose and; (2) the fact that I am experiencing some difficulty in tracking, locating and gathering documents as there are no public records based on the nature of my claim contained at either the district clerk's office or in either of the national archives for the southern district of New York. This extension of time is greatly needed to continue pursuing and obtaining these records which are crucial and essential elements to plaintiff's pleading. Proof of these ongoing endeavors is included as attachments with this request for your Honors review. This is the last request for this additional consideration that the plaintiff will petition this Court for making plaintiff's filing due by July 7, 2008.

Thank you for your timely attention and consideration of this request.

Respectfully submitted,
Sharon Jackson

*Plaintiff shall serve and file her opposition to Defendant's pending motion to dismiss no later than July 7, 2008.*

SO ORDERED:   DATE: 5/29/08

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

1

I swear under penalty of perjury that a copy of the foregoing request for enlargement of time was sent: BY CERTIFIED U.S. MAIL to Andrew M. McNeela, AUSA at the U.S. Department of Justice located at 86 Chambers Street, New York, NY 10007 on May 19, 2008.

*Sharon Jackson*
Sharon Jackson

2