UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHARON JACKSON et al.,

                    Plaintiffs,

  -against-

EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,

                    Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08

07 Civ. 6591 (RJH) (DF)

**ORDER**

On April 29, 2008, Magistrate Judge Debra Freeman issued a Report and Recommendation ("Report") recommending that plaintiff's motion for a default judgment [11] be denied as defendant has not defaulted in responding to plaintiff's Amended Complaint. No objections have been filed. In the absence of objections, the Court reviews the Report for clear error. *See Edwards v. Fischer*, 414 F. Supp. 2d 342, 346–47 (S.D.N.Y. 2006). Finding none, the Court denies plaintiff's motion for a default judgment [11].

SO ORDERED.

Dated: New York, New York
       July 21, 2008

                                                  _/s/ Richard J. Holwell_
                                                  Richard J. Holwell
                                                  United States District Judge